BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:11-CV-01514-LJO-GSA |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER FOR PUBLICATION** |
| v. | ) |
| APPROXIMATELY $4,967.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendant approximately $4,967.00 in U.S. Currency (hereafter "defendant currency") was seized in the city of Bakersfield, Kern County, California.

4. Plaintiff proposes that publication be made as follows:

   a. One publication;

1          b.      Thirty (30) consecutive days;

2          c.      On the official internet government forfeiture site

3          www.forfeiture.gov;

4          d.      The publication is to include the following:

5                 (1)      The Court and case number of the action;

6                 (2)      The date of the seizure/posting;

7                 (3)      The identity and/or description of the property

8 seized/posted;

9                 (4)      The name and address of the attorney for the Plaintiff;

10                (5)      A statement that claims of persons entitled to possession

11 or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the

12 Court and served on the attorney for the Plaintiff no later than 60 days after the

13 first day of publication on the official internet government forfeiture site; and

14                (6)      A statement that answers to the Complaint or a motion

15 under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be

16 filed and served within 21 days after the filing of the claims and, in the absence

17 thereof, default may be entered and condemnation ordered.

18 Dated: September 7, 2011                         BENJAMIN B. WAGNER
                                                                           United States Attorney

19

20                                          /s/ Heather Mardel Jones
                                         HEATHER MARDEL JONES

21                                          Assistant United States Attorney

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

**ORDER**

IT IS SO ORDERED.

Dated:   **September 9, 2011**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE