BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:11-CV-01514-LJO-GSA |
|---|---|
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $4,967.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against the defendant approximately $4,967.00 in U.S. Currency (hereafter "defendant currency") seized on or about February 24, 2011.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on September 7, 2011, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On September 9, 2011, the Clerk issued a Warrant for Arrest for the defendant currency. The warrant for the defendant currency was duly executed on September 14, 2011.

4. Beginning on September 13, 2011, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture

site www.forfeiture.gov.  A Declaration of Publication was filed on October 20, 2011.

    5.    In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice is required to all known potential claimants.  Raul Ortega Corona and Erminia Corona are the only known potential claimants, and, by execution of the Stipulation for Final Judgment of Forfeiture filed concurrently herewith this Final Judgment of Forfeiture, have waived their right to notice.

    6.    No parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

    1.    The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

    2.    That judgment is hereby entered against potential claimants Raul Ortega Corona, Erminia Corona, and all other potential claimants who have not filed claims in this action.

    3.    Upon entry of this Final Judgment of Forfeiture, $1,500.00 of the defendant approximately $4,967.00 in U.S. Currency, together with any interest that has accrued on the entire $4,967.00, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

    4.    Upon entry of this Final Judgment of Forfeiture, but no later than 45 days thereafter, $3,467.00 of the defendant approximately $4,967.00 in U.S. Currency shall be returned to potential claimant Raul Ortega Corona and Erminia Corona, 9850 Bace Avenue, Bakersfield, California 93307.

    5.    That the United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final

1 release applying to all unknown and unanticipated injuries, and/or damages arising
2 out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.
3 The parties waived the provisions of California Civil Code § 1542.

4     6. That pursuant to the stipulation of the parties, and the allegations set
5 forth in the Complaint filed on September 7, 2011, the Court finds that there was
6 reasonable cause for arrest and seizure of the defendant currency, and for the
7 commencement and prosecution of this forfeiture action, and a Certificate of
8 Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

9     7. All parties are to bear their own costs and attorneys fees.

10     8. The U.S. District Court for the Eastern District of California, Hon.
11 Lawrence J. O'Neill, District Judge, shall retain jurisdiction to enforce the terms of
12 this Final Judgment of Forfeiture.

13 SO ORDERED THIS 14th day of November, 2011.

14     /s/
    LAWRENCE J. O'NEILL
15     United States District Judge

16 ## CERTIFICATE OF REASONABLE CAUSE

17 Based upon the allegations set forth in the Complaint filed September 7,
18 2011, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court
19 enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there
20 was reasonable cause for the seizure or arrest of the defendant currency, and for the
21 commencement and prosecution of this forfeiture action.

22 IT IS SO ORDERED.

23 **Dated:   November 14, 2011**        /s/ Lawrence J. O'Neill
    UNITED STATES DISTRICT JUDGE

24
25
26
27
28